**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| TOTAL MILITARY MANAGEMENT, INC.,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | Case No.: 24-2029 C |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Total Military Management, Inc. ("TMM") discloses that it is majority-owned by Sentinel Capital Partners V, LP. No publicly held corporation owns 10% or more of its stock.

Dated: December 10, 2024

Respectfully submitted,

*Of Counsel*

Moshe B. Broder
Jennifer Eve Retener
Ginsey V. Kramarczyk
JENNER & BLOCK LLP

/s/ *Noah B. Bleicher*
Noah B. Bleicher (Counsel of Record)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
(202) 639-6063
*nbleicher@jenner.com*

*Counsel for Total Military Management, Inc.*