# In the United States Court of Federal Claims

No. 24-2029

(Filed: December 13, 2024)

```
* * * * * * * * * * * * * * * * * *
                                   *
                                   *
TOTAL MILITARY                     *
MANAGEMENT, INC.                   *
                                   *
                                   *
              Plaintiff,           *
                                   *
       v.                          *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
* * * * * * * * * * * * * * * * * *
```

**ORDER**

      On December 10, 2024, Plaintiff filed a notice of directly related case in this matter asserting that this protest is directly related to *The Suddath Companies v. United States*, No. 24-1836 ("*Suddath*").  *See* ECF No. 5.  According to the plaintiff, *Suddath* "qualifies as a directly related case because it is a bid protest challenging the same contract modification." *Id* at 1.  Per Rule 40.2 of the Rules of the U.S. Court of Federal Claims, cases are directly related when "they involve the same parties and are based on the same or similar claims . . . ."  Here, the same parties are involved in and similar claims are at raised in *Suddath*, as both arise out of the same contract modification.

      Given that the parties have raised no objection to consolidation, the Court hereby **CONSOLIDATES** the instant case with *Suddath*.  All future filings (other than the redacted copy of the complaint and related documents) shall be made in the lead case, *Suddath*, and the protective order (No. 24-1836, ECF No. 16) in that protest shall apply to this now consolidated protest.

      In addition, the Court **GRANTS** Plaintiff's motion to seal.  ECF No. 3.  With regard to the sealed complaint and related documents, per the protective order entered in *Suddath*, once the parties have agreed on redactions, Plaintiff shall file redacted versions of the filings as separate docket entries.  Plaintiff's motion for a protective order, *see* ECF No. 4, is **DENIED AS MOOT**; as indicated above, the protective order in *Suddath* shall apply to this consolidated protest.

**IT IS SO ORDERED**.

                                               <u>s/ Zachary N. Somers</u>
                                               Zachary N. Somers
                                               Judge